# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **In re David H. JUILLERAT** | ) | **Misc. Dkt. No. 2023-01** |
| *Petitioner* | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Panel 1** |

It is by the court on this 16th day of March, 2023,

**ORDERED:**

The above-referenced petition for extraordinary relief in the nature of a writ of mandamus received by this court on 8 March 2023 is hereby **DENIED**.

FOR THE COURT

FLEMING E. KEEFE, Capt, USAF
Acting Clerk of the Court